IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHERRON CONNELL, individually )
and on behalf of all similarly situated )
individuals, )
)
      Plaintiffs, )
)
vs. ) CIVIL ACTION NO. 11-00443
)
CITIMORTGAGE, INC., )
)
      Defendant. )

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant CitiMortgage, Inc. ("CMI") respectfully moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on the grounds that there are no genuine issues of material fact, and CMI is entitled to judgment as a matter of law. In support of this motion, CMI relies on the following:

1. The pleadings in this case;

2. A memorandum of law in support of this motion, filed contemporaneously herewith;

3. The deposition testimony of Brian Connell, including exhibits;

4. The Declaration of Susan A. Wood, including exhibits;

5. The Affidavit of Brandi Hall, including exhibits;

6. Deposition excerpts of the deposition of Susan A. Wood, including selected exhibits;

7. The deposition testimony of Plaintiff Sherron Connell, including exhibits;

8. Plaintiff's Responses to Defendant's First Requests for Admission;

9. The Affidavit of Robert Coley, including exhibits.[1]

WHEREFORE, there being no genuine issue of material fact, CMI respectfully moves this Court to enter an order granting this Motion For Summary Judgment as a matter of law and dismissing Plaintiff's claim with prejudice.

Date: April 27, 2012.

Respectfully Submitted,

/s/ Edward D. Cotter
Rik S. Tozzi
Edward D. Cotter
**BURR & FORMAN LLP**
420 North 20th Street
Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Defendant CITIMORTGAGE, INC.

---

[1] All exhibits relied upon and cited by CitiMortgage are attached to its Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by U.S. First Class Mail, hand delivery, fax or email on this the 27th day of April, 2012:

>Kenneth J. Riemer
>Earl P Underwood, Jr.
>Underwood & Riemer, P.C.
>166 Government Street, Suite 100
>Mobile, AL 36602

>/s/ Edward D. Cotter
>OF COUNSEL