IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERRON CONNELL, individually and on behalf of all similarly situated individuals** | * * * |
| Plaintiffs, | * * |
| vs. | *   Case No.11-443-WS-C |
| | * |
| **CITIMORTGAGE, INC.,** | * * |
| Defendant. | * |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff Sherron Connell, and, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, moves for summary judgment on her claim against Defendant for violation of the Truth-in-Lending Act. Specifically, Plaintiff moves the court for a finding that Defendant's conduct, as alleged in the Complaint, violates 15 U.S.C. § 1641(g). In support of this motion, Plaintiff states that there are no genuine issues of material fact and that she is entitled to a judgment as a matter of law. This motion is supported by a separately filed legal memorandum and the exhibits attached thereto.

WHEREFORE Plaintiff request entry of judgment as a matter of law against Defendant for Summary Judgment, submit the following Narrative Statement of Fact and Legal Memorandum:

\s\Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR.
Underwood & Riemer, P.C.
21 South Section St.
Fairhope, Alabama 36533
(251) 990-5558
(251) 990-0626 (fax)
Email: epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on April 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

\s\Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR.