IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRON CONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 11-0443-WS-C |
| | ) |
| CITIMORTGAGE, INC., | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 36), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 13th day of November, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE